# DOCUMENTS TO BE SEALED

## PLAINTIFF

-V-

## DEFENDANT

DOCKET
NUMBER:               **23 CV 10515**

DATE FILED:           **DEC 0 1 2023**

SIGNED BY:            **JUDGE MARRERO**

DATE SIGNED:          **NOV 2 1 2023**

                        23 mc 398

TO BE FILED UNDER SEAL:

_____ ENTIRE ACTION

___✓___ COMPLAINT/PETITION ONLY

_____ OTHER DOCUMENTS/EXHIBITS

FILED
U.S. DISTRICT COURT
2023 DEC
S.D. OF N.Y.