UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **John Doe**, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>**New York University**,<br><br>    Defendant. | Case No. 1:23-cv-10515-VSB<br><br>**Notice of Motion to Admit Counsel Pro Hac Vice** |

TO: ALL COUNSEL OF RECORD

  **PLEASE TAKE NOTICE** that upon the attached affidavit in support of this motion and the attached certificates of good standing, the movant will request pro hac vice admission under Rule 1.3(c) of the local rules of the United States District Courts for the Southern and Eastern Districts of New York, to argue or try this case as counsel for plaintiff John Doe. The movant is a member of the firm Mitchell Law PLLC and a member in good standing of the bar of the State of Texas. There are no pending disciplinary proceedings against the movant in any State or Federal court.

               Respectfully submitted.

               /s/ Jonathan F. Mitchell
               Jonathan F. Mitchell
               Mitchell Law PLLC
               111 Congress Avenue, Suite 400
               Austin, Texas 78701
               (512) 686-3940 (phone)
               (512) 686-3941 (fax)
Dated: December 2, 2023       jonathan@mitchell.law