Attorney:
RONALD A. BERUTTI
MURRAY-NOLAN BERUTTI LLC
136 CENTRAL AVENUE 2ND FLOOR CLARK, NJ 07066



682070

Index / case #: 1:23-CV-10515

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

JOHN DOE, ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED

Plaintiff(s)

vs

NEW YORK UNIVERSITY

Defendant(s)

STATE OF NEW YORK, COUNTY OF KINGS, SS.:

**AUTUMN GLENN**, being sworn says: Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.
On **12/8/23**, at **2:48 PM** at: **70 WASHINGTON SQUARE SOUTH, 11TH FLOOR, NEW YORK, NY 10012**
Deponent served the within **SUMMONS & CLASS-ACTION COMPLAINT, PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY, MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION, PLAINTIFF'S NOTICE OF MOTION TO EXPEDITE DISCOVERY, CIVIL COVER SHEET**
On which were set forth the Index No., herein, and date of filing
On: **NEW YORK UNIVERSITY C/O OFFICE OF THE GENERAL COUNSEL - BOBST LIBRARY**,
(herein after called the recipient) therein named.

| | | |
|---|---|---|
| ☐ | INDIVIDUAL | By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein. |
| ☐ | SUITABLE AGE PERSON | By delivering thereat a true copy of each to ( ) a person of suitable age and discretion. Said premises is recipient's: [] actual place of business / employment  [] dwelling house (usual place of abode) within the state. |
| ☐ | AFFIXING TO DOOR | By affixing a true copy of each to the door of said premises which is recipients [] actual place of business / employment  [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having visited there |
| ☒ | Corporation or Partnership | By delivering thereat a true copy of each to Christina Duncker personally. Deponent knew said corporation/partnership so served to be the corporation/partnership described in said aforementioned document as said recipient and knew said individual to be Administration staff thereof. |
| ☐ | MAILING | Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipients last known [] Actual Place of Residence [X] Actual Place of Business at **70 WASHINGTON SQUARE SOUTH, 11TH FLOOR, NEW YORK, NY 10012** and deposited the envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant. |
| ☒ | DESCRIPTION | Sex: Female  Color of skin: BLACK  Color of hair: COVERED  Glasses:  Age: 25-30  Height: 5ft 4in - 5ft 8in  Weight: 131-160 Lbs.  Other Identifying Features: |
| ☐ | MILITARY SERVICE | I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. |

☐ Subpoena Fee Tendered in the amount of

☐

Sworn to before me on 12/13/23

TAMARA TOWSHIN ALAM
NOTARY PUBLIC, STATE OF NEW YORK
REGISTRATION NO. 01AL6369961
QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES JANUARY 22, 2026



AUTUMN GLENN
2110676-DCA

SLS Process Serving Company LLC  30 State Street, Albany, NY 12207 3004825-DCA

**Work Order No. 682070**

File No: 1:23-CV-10515

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| John Doe, on behalf of himself and others similarly situated, | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 23-cv-10515 |
| New York University | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  New York University
c/o Office of the General Counsel
Bobst Library
70 Washington Square South, 11th Floor
New York, New York 10012

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Ronald A. Berutti
Murray-Nolan Berutti LLC
30 Wall Street, 8th Floor
New York, New York 10005
(212) 575-8500
ron@murray-nolanberutti.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/04/2023

/S/ V. BRAHIMI

*Signature of Clerk or Deputy Clerk*