# KAPLAN HECKER & FINK LLP

**350 FIFTH AVENUE | 63ʳᵈ FLOOR**
**NEW YORK, NEW YORK 10118**

**1050 K STREET NW | SUITE 1040**
**WASHINGTON, DC 20001**

**TEL (212) 763-0883 | FAX (212) 564-0883**

**WWW.KAPLANHECKER.COM**

**DIRECT DIAL**      212.763.0883
**DIRECT EMAIL**     rtolentino@kaplanhecker.com

December 22, 2023

**VIA ECF**

The Honorable Sarah Netburn
United States District Court
40 Foley Square, Room 430
New York, NY 10007

     Re:    *Doe v. New York University*, No. 23 Civ. 10515 (VSB) (SN) (S.D.N.Y.)

Dear Judge Netburn:

As counsel for Defendant New York University ("NYU"), I was surprised to see Plaintiff's letter opposing NYU's request for an extension of its deadline to answer or move to dismiss the complaint. *See* ECF 21. As an officer of this Court, I write to affirm that my colleague Amit Jain and I spoke with Jonathan F. Mitchell, lead counsel for Plaintiff, via telephone calls to the number listed in Mr. Mitchell's signature block, *see* ECF 1 at 7, on two separate occasions: December 20, 2023 at 5:30pm ET, and December 21, 2023 at 4:00pm ET. During both conversations, opposing counsel agreed without hesitation to a one-month courtesy extension of NYU's deadline to January 29, 2024. During the second conversation on December 21, 2023 at 4:00pm ET, opposing counsel further agreed to the full briefing schedule set forth in NYU's letter. *See* ECF 20 at 2.

For the reasons outlined in its letter dated December 21, 2023, NYU respectfully requests that the Court order the briefing schedule to which the parties agreed. NYU reserves all rights to request further relief from this Court.

Sincerely,

Raymond P. Tolentino