

**Spero Law LLC**
557 East Bay Street #22251
Charleston, SC 29413
www.spero.law

**Christopher Mills**
(843) 606-0640
cmills@spero.law

December 22, 2023

**VIA ECF**

The Honorable Sarah Netburn
United States District Court
40 Foley Square, Room 430
New York, NY 10007

**Re: *Doe v. New York University*, No. 23-cv-10515 (VSB) (SN) (S.D.N.Y.)**

Dear Judge Netburn:

    With sincere apologies for our internal miscommunication, the plaintiff's counsel continues to consent to New York University's requested motion-to-dismiss briefing schedule, including the extension of time to respond to the complaint. Our letter filed earlier today was in error to the extent that it opposed that extension.

    For the reasons given in my letter earlier today, however, the plaintiff opposes the University's separate request to delay consideration of the plaintiff's motion to expedite discovery until after resolution of the University's motion to dismiss. Freezing this case until the spring would, as explained, severely prejudice the plaintiff's ability to obtain timely relief on his claim before law review selection in the late spring.

                                      Respectfully submitted,

                                        Christopher Mills