**KAPLAN HECKER & FINK LLP**

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL       212.763.0883
DIRECT EMAIL    rkaplan@kaplanhecker.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/28/2023

December 27, 2023

**VIA ECF**

The Honorable Sarah Netburn
United States District Court
40 Foley Square, Room 430
New York, NY 10007

Re:   *Doe v. New York University*, No. 23 Civ. 10515 (VSB) (SN) (S.D.N.Y.)

Dear Judge Netburn:

      We write on behalf of Defendant New York University ("NYU") to seek clarification regarding the briefing of Plaintiff's renewed motion for expedited discovery, which was filed on the evening of December 22, 2023, following the Court's order scheduling a conference on this topic for January 10, 2024. *See* ECF 24; ECF 25. Specifically, we write to confirm that the parties should await the Court's further instruction at the upcoming January 10 conference before further briefing Plaintiff's motion.

      As the Court is aware, on December 7, 2023, it denied Plaintiff's motion for expedited discovery as premature because NYU had not yet been served. *See* ECF 10; ECF 13. After Plaintiff informed NYU of his intention to renew that motion, on December 21, 2023, NYU filed a letter with the Court requesting that Plaintiff's motion "not be briefed until after NYU's anticipated motion to dismiss has been decided or, in the alternative, that the parties appear for a conference with the Court to discuss these issues, including the proper sequencing of the parties' motions." ECF 20 at 4. The Court granted NYU's request and scheduled a conference for January 10, 2024, "to address Plaintiff's request for expedited discovery." ECF 24. Plaintiff renewed his motion for expedited discovery later that same day. *See* ECF 25.

      We therefore write to confirm that the parties should await the Court's further instruction at the upcoming January 10, 2024 conference before briefing Plaintiff's motion for expedited discovery. If that is not what Your Honor intended, then we will need to seek a brief extension of NYU's time to respond to Plaintiff's renewed motion for expedited discovery since otherwise, our response would be due by this Friday, or on December 29, 2023.

---

The Court believes the January 10, 2024 conference would be more productive having received in advance Defendant's response to Plaintiff's motion for expedited discovery. Accordingly, Defendant shall file its opposition by January 8, 2024,
**SO ORDERED.**

Dated: December 28, 2023
New York, New York

SARAH NETBURN
United States Magistrate Judge