**KAPLAN HECKER & FINK LLP**

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL      212.763.0883
DIRECT EMAIL    rkaplan@kaplanhecker.com

January 9, 2024

**VIA ECF**

The Honorable Sarah Netburn
United States District Court
40 Foley Square, Room 430
New York, NY 10007

    Re:    *Doe v. New York University*, No. 23 Civ. 10515 (VSB) (SN) (S.D.N.Y.)

Dear Judge Netburn:

    In light of the winter storm, Defendant New York University ("NYU") does not object to Plaintiff's request for a virtual option for tomorrow's conference. Depending on conditions, we would be happy to attend in person.

    Respectfully submitted,

    Roberta A. Kaplan