UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

JOHN DOE, on behalf of himself and others
similarly situated,

                    **Plaintiff,**          23-CV-10515 (VSB)(SN)

    -against-                                **ORDER**

**NEW YORK UNIVERSITY,**

                    **Defendant.**
----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      For the reasons stated on the record, Plaintiff's motion for expedited discovery is DENIED without prejudice. The Clerk of Court shall terminate the motion at ECF No. 25. Once the NYU Law Review has issued its operative criteria for selection to the Law Review, the parties may meet and confer to discuss whether limited and targeted discovery in aid of an anticipated motion for preliminary injunctive relief is appropriate. If the parties cannot reach agreement, Plaintiff may renew his application at the appropriate time. Any renewed application should include the precise discovery requests that Plaintiff seeks to serve.

      The parties are further encouraged to meet and confer on whether to consent to my jurisdiction for all purposes or for a limited purpose of resolving the motion to dismiss. 28 U.S.C. § 636(c). The parties may also agree to modify the briefing schedule for the motion to dismiss.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    January 10, 2024
               New York, New York