**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X
JOHN DOE, on behalf of himself and others similarly situated,

                            Plaintiff,

-against-　　　　　　　　　　　　　　　　　　23 **CIVIL** 10515 (VSB)

                                                 **JUDGMENT**

NEW YORK UNIVERSITY,

                            Defendant.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated May 30, 2024, NYU's motion to dismiss is GRANTED without prejudice. Doe's motion to certify the class is DENIED as moot. Accordingly, the case is closed.

**Dated:**  New York, New York

      May 30, 2024

                                                  **RUBY J. KRAJICK**
                                                   **Clerk of Court**

                          **BY:**

                                                      **Deputy Clerk**